UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Andre Sylvester Watts,          :

        Petitioner,

                            :       1:06-cv-777(RJL)

v

Alberto Gonzales,               :

        Respondent.            :

## SWORN AFFIDAVIT

I, Andre Sylvester Watts, declares under the penalty of perjury and deposes and says:

1. I am the plaintiff in this action that seeks an amendment to the writ of mandamus before there has been an Eighth Amendment violation when petitioner has been subject to the conditions aver to hereinbelow.

2. Plaintiff correspondence to the warden complaining of the unfit conditions by being held in the holding cell at USP, Lee in Special Housing Unit between August 11, through August 15, of 2006 for observation because of food or hunger strike.

3. Plaintiff correspondence to Medical Department of unproffessionl conduct when examining plaintiff for food strike and that being stationed in the holding tank was a unfit habitat because there was no toilet, shower or sink.

4. Plaintiff Judgment & Commitment Orders by the Superior Court of the District of the Columbia indicating that plaintiff should be admitted to the Custody of of the United States Attorney General.

5. Plaintiff transfer order premise on 18 U.S.C. § 3621(b) rather than 18 U.S.C. § 4082 thereby beyond the scope of the primarily authority of Bureau of Prisons.

6. The plaintiff transfer request was denied although inconsistent with 18 U.S.C. § 4082 and plaintiff appealed the transfer and that to was denied.

Pursuant to the penalty of perjury the above is true and correct, except that which is in the belief, that I believe that to be true and correct.

Date: 8/16/06

Respectfully Submitted

*Andre S. Watts*

UCC 1 207

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Vandenberg, SHU Lt. | DATE: 8/10/06 |
|---|---|
| FROM: Andre Watts | REGISTER NO.: 13799083 |
| WORK ASSIGNMENT: | UNIT: SHU, C Range, C 135 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Dr. Ellis lied that I use profanity at her. I asked her to cut out the light. She suddenly became agitated because I obviously did not conform to her eliciting psychological methods to determine my conditions since having consumed foods for 72 hours. After 72 hours not only do a psychologist suppose take a observation, but medical department has duties as well. See 25 CFR 544.61(b). Moreover, Dr. Ellis is not authorize to interview me if I withdrew my consent, irrespective to referrals by Bureau staff. See P.S. 5310.12(c). Primarily my placement in SHU and the use of the psychology department is concocted to adverse affect me because I am labelled as a "filer". Please acknowledge receipt of this cop-out.

cc:filed

(Do not write below this line)

DISPOSITION:

WHAT IS YOUR POINT?

| Signature Staff Member | Date 8-11-06 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.055  INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
| Medical Department | 8/12/06 |
| FROM: A. Watts | REGISTER NO.: 13794083 |
| WORK ASSIGNMENT: | UNIT: SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

On 8/11/06 I was declared hunger strike or food strike inmate and Nurse Pease conducted a incomplete examination, by refusing to take a blood test and urine specimen. Based on the regulation: 28 CFR 549.63(a) 1 through 7 such omission is unprofessional and jeopardizes my health. Additionally, placing me in holding tank that doesn't have a sink, shower and toilet is considered a inhumane habitat. The medical department should be alerted that they are omitting their duty of care owed to and make a immediate attempt to correct the above defaults or I am force to purse a grievance in this cancerous matter.

cc: filed

(Do not write below this line)

DISPOSITION:

Signature Staff Member                               Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

INMATE REQUEST TO STAFF
SHP

U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| FROM: Warden O'Brien | REGISTER 8/14/06 |
| WORK ASSIGNMENTS: Awors | UNIT: 13799083 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. SHU Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am declared by staff observation to be a inmate on food or hunger strike. Having been in the holding tank for new admission inmates to SHU, per order of Dr. Ellis and Medical personel since 8/11/06 suggest that the inhumane conditions, i.e., no toilet, sink or shower simply doesn't mean anything or I am not recognize as a human being. Nonetheless, I need to be placed in room under observation that's a human habitat. Meaning a toilet, sink and shower until I decide to eat. Otherwise my condition is just not fit for no human being. Shockingly staff in a series of capacities observe me each hour and doesn't find unusual, or they to believe I'm not a human being! I await your receipt hereof

(Do not write below this line)

DISPOSITION:

cc: filed

Signature Staff Member                    Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America  
District of Columbia  
vs.  
Andre Watts

Case No. F-4255-98C  
PDID No. 319-497

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of _C (Robbery)_ _D (Assaulting, Resisting, or interfering with a police officer)_ and having been found guilty by ☐ Jury ☐ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _AS TO Count 'C' — Not less than (3) Three years, Nor More than (9) Nine years to run Consecutive to any other sentence now being served. AS TO Count 'D' — Not less than (1) ONE Year, Nor More than (3) Three Years to run Consecutive to Count 'C' and any other sentence now being served_

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.

☒ MANDATORY MINIMUM term does not apply.

☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____

☐ _____

Costs in the aggregate amount of $ 500 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid. _to be deducted from pr so_

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

5-26-99  
Date

Certification by Clerk pursuant to Criminal Rule 32(d).

5-26-99  
Date

Deputy Clerk

Form CD(1)81-1040/Aug. 87

RETURN TO JAIL
DATE 3-23-99

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

#98

United States of America
District of Columbia

vs.

Andre Watts

Case No. F16411-98
PDID No. 319497

### JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of _Attempt Theft II_

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _(120) One Hundred Twenty Days with Credit for Time Served_

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☐ MANDATORY MINIMUM term does not apply.

☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____

☐ _____

Costs in the aggregate amount of $ _50._ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

3/23/99
Date

Certification by Clerk pursuant to Criminal Rule 32(d).

3/23/99
Date

Deputy Clerk

Form CD(18)-1040 Aug. 87

BP-S399.058  **TRANSFER ORDER**  CDFRM
MAY 94
U.S. DEPARTMENT OF JUSTICE                                  FEDERAL BUREAU OF PRISONS

---

In accordance with authority provided in Title 18, U.S. Code, Section 3621, and the authority delegated to me by the Director of the Bureau of Prisons, I hereby order transfer of:

| Name of Inmate | Register No. |
|---|---|
| WATTS, ANDRE | 13799-083 |

From (Name of Institution and Location)

Federal Correctional Institution - Gilmer
P. O. Box 5000
Glenville, WV  26351

To (Name of Institution and Location)

United States Penitentiary Lee County Virginia
P.O. Box 900
Jonesville, VA 24263-0900

| Reason for Transfer | Transfer Code |
|---|---|
| Disciplinary Transfer | 309 |

| Parole Status | Custody Classification |
|---|---|
| Expiration Full Term / 10-03-2010 | Medium/In |

| Health Status | Central Inmate Monitoring Case |
|---|---|
| Suitable for Transfer | ___ No  XXX Yes-CIMC Assignment Separation |

| Signature of Transferring Authority | Title of Transferring Authority | Date |
|---|---|---|
| B. A. Bledsoe | Warden | 2-10-04 |

RETURN OF SERVICE - Pursuant hereto, I have this 01 day of MARCH, 2004, executed the above order and committed the inmate to the institution indicated.

| Signature | Name |
|---|---|
| D. White | D. WHITE |
| Title: LIEUTENANT | Agency: DOJ/BOP |

For transfer to CTC's, complete the following:

| Projected release date | Type of release |
|---|---|
| | |

| Scheduled date and time of departure and transportation information | Scheduled date and time of arrival |
|---|---|
| | |

Record Copy - J & C; Copy - Central File
(This form may be replicated via WP)                                       Replaces BP-399(58) of OCT 88

```
 LEEAA                      CLEARANCE DATA                    03-21-2006
PAGE 001 OF 001                                                 14:28:01


REGISTER NO...: 13799-083
NAME..........: WATTS                       ANDRE
RSP OF........: LEE-LEE USP

02 REMARKS: 6-18-03,SER/KL APV 318 TRF TO GIL
02 REMARKS: 02/03/04 MXR/RGB APV TRF FM GIL TO LEE; CODE 309.
02 REMARKS: 1/27/06 MXR/JMR DENY 318 TO HAZ. 318 TIME PAST, RECENT 309.
02 REMARKS: 4/29/02 MXR/JMR APV 328 TRF FM CRL 2CP TO EDG. RELIG OBJ GROOM




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Watts   Andre S.__  __13799083__  __C__  __USP LEE__
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A—REASON FOR APPEAL**

The grievant challenges the denial of his transfer. Obviously is preferential treatment by the Mid-Atlantic Regional Personel (Jimmy Ralph) in granting and denying transfers, particularly in this case. The criteria for transfer is primarily whether there has been a compliance with Bureau of Prison rules and regulations. Grievant has maintained positive behavior. Additionally, graduated from the CODE program; satisfied 240 hours Literacy Program; completed numerous Self Help programs; completed Victum Impact; and served 75% of the sentence. Considering the above, how is it that transfer is being denied? Furthermore, attached is names of inmates who have murder offenses and life sentences. They have not only been transferred. But have had their Public Safety Factors waived and transferred to lesser security institutions nearest to their residence. Grievant submits that he should be transferred nearest to his residence: DISTRICT OF COLUMBIA, forasmuch as grievant has met the criteria; irrespective to to the semanics and languistics of P.S. 5100.07.

March 28, 2006
DATE

_Andre S. Watts (UCC 1-207)_
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____
DATE

ORIGINAL: RETURN TO INMATE

**Part C—RECEIPT**

GENERAL COUNSEL

CASE NUMBER: _____

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____
DATE   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982