UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANDRE SYLVESTER WATTS,                )
                                      )
            Petitioner,               )
                                      )
        v.                            )   Civil Action No. 06-0777 (RJL)
                                      )
ALBERTO GONZALES,                     )
                                      )
            Respondent.               )

## ORDER

It is hereby

ORDERED that petitioner's motion to amend his petition for writ of mandamus [Dkt. #8] is GRANTED. It is further

ORDERED that the Clerk of Court shall furnish certified copies of this Order, the Order to Show Cause, and the amended petition to the United States Marshals Service for the purpose of making service on the named respondent and on the United States Attorney for the District of Columbia.

SO ORDERED.

RICHARD J. LEON
United States District Judge

Date:

1