# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5415**                        **September Term, 2006**

06cv00777

In re: Andre Sylvester Watts,
      Petitioner



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  FEB 1 4 2007

CLERK

**BEFORE:** Ginsburg, Chief Judge, and Sentelle and Rogers, Circuit Judges

## ORDER

Upon consideration of the petition for a writ of mandamus and the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for a writ of mandamus be denied. Petitioner has not shown that the district court's delay is so egregious or unreasonable as to warrant the extraordinary remedy of mandamus. See <u>Telecommunications Research and Action Center v. FCC</u>, 750 F.2d 70, 79-81 (D.C. Cir. 1984).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

<u>**Per Curiam**</u>