UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDRE SYLVESTER WATTS,              :

        Petitioner,

                    :    Civil Action No. 06-0777 (RJL)

v

ALBERTO GONZALES,                   :

        Respondent.       :


TAKE JUDICIAL NOTICE


    Comes Now, ANDRE SYLVESTER WATTS, debtor of Andre Sylvester Watts, secured party creditor hereby move the district court to TAKE JUDICIAL NOTICE pursuant to Federal Rules of Evidence, Rule 201(a) in relevant part:

        **Scope of rule.** This rule governs only judicial notice of adjudicative facts.

    The respondent has delegated authority to their subordinates the Federal Bureau of Prisons, specificly United States Penitentiary, Lee County, Jonesville, Va, 24263-0305 who has allowed inmates with communicatives diseases to roam the general population as well in special housing unit.

    For example, Inmate Frank Aineworth, at USP Lee has contagious hepatitis, A, B, C and worked in the Kitchen. Obviously the medical department did not do a evaluation of that inmate. Such dereliction subjects the entire population to contraction of contagious hepatitis, wherein the Code of Federal Regulation requires testing and quarantine if tested positive.  28 CFR 549 et seq.

    Additionally, Joseph Harrison at United States Penitentiary, Lee County has tested

(1)

for Stalph infection relating germs that was communicatable because his infection con-
stantly leeked pus and the medical staff had refused to medically treat the germ for
a lengthly period until having had to file grievances. Hence, medical staff was aware of
germ and that it was communcaable, but disregarded the danger of exposing other inmates
in the special housing unit or general population to his communicable germs.

Further, Inmate Charles Moody is infected with H-Pyloria among other communicable
diseases and the medical staff is not effectively treating the inmate and subject the
inmates in the general population to his communicable germs.

The petitioner suppose to enjoy the safekeeping by the respondent pursuant to 18
U.S.C. § 4042 as described in part:

**Duties of Bureau of Prisons.**

**In general.** The Bureau of Prisons, under the direction of the Attorney General, shall-
provide suitable quarters and provide for the safekeeping , care.

To subject or expose petitioner to the contact of said inmates has violated its duty
of care and safekeeping, whether its in general population or special housing unit. There-
fore the district court should Take Judicial Notice of said facts and reenforce the res-
pondent to secure petitioner from the health hazards that roam the United States Peniten-
tiary, Lee County compound.

The respondent has been notified on Jan of 2007 by petitioner, among other inmates
of United States Penitentiary, Lee County that legal mail was being tamper with via
theft and obstruction and the respondent has not discpline the parties known or suspected.

It is the reading of 18 U.S.C. § 4 in relevant part that applies hereof:

**Misprison of Felony**

Whoever, having knowledge of the actual commission of a felony cognizable by a
court of the United States, conceals and does not as soon as possible make known the same
to some judge or other person in civil or military authority under the United States,

shall be fined not more than $ 500 or imprisoned not more than three years, or both.

There is attachments that can prove that the respondent is aware of his subordinates at United States Penitentiary, Lee County are tampering and/or obstruction petitioner and other inmates legal mail. Such silence is misprison and this court has jurisdiction to hold the respondent accountable since he has not discpline or sought to deter his subordinates from committing said acts in reference to the legal mail as prohibited. 18 U.S.C. § 1701-1706.

The combination of the above is or should be enough for the district court to Take Judicial Notice that the respondent and his delegated subordinates are really out of control. Particularly, the Health Service Administrator: David Roff who is responsible for enforcing the prerequisites to maintaining a healthy enviroment for the prisoners by making sure that inmates who are travelling through intake are properly screen and diagnosed and treated appropiate for communicable diseaes.  28 CFR 549.11.

Additionally, his delegate: Warden Terry O'Brien is responsible for the management of the United States Penitentiary, in Lee County, at Jonesville, Va and having been derelic by hiring staff that are not complying within their medical capacities at  intake screening or other critical stages upon detecting or learning of an inmates communicable diseases or germs contributes to not providing the petitioner safekeeping and care. Particularly, when the petitioner is being denied medical attention that's sufficient to deter or subdue the pain that petitioner have suffered from arthiris. To make the matter worst. The Warden has inmates like Joseph Harrison (09599-007) and Frank Aineworth ( 14491-064 ) and among other roam the compound of United States Penitentiary with infectious diseases; whether in special housing unit or general population and that violates his duties delegated thereof. 28 CFR 500.

Finally, his delegate Mrs. Story and Ms. Gidding who are responsiblefor the operations of legal mail, as well regular mail. Each one of them are instrumental in tampering and

(3)

obstructing mail. Not only in violation of 28 CFR 540.18, but 18 U.S.C. § 1701- 1706 and

is additionally proof's for the need of this court Taking Judicial Notice hereof to

ensure that the respondent comply according.


<u>RELIEF REQUESTED</u>

To Take Judicial Notice for the foregoing causes and reasons  and any other cause or

reason the district court deems just and fair.


Date: 3/21/06

Without Prejudice UCC 1 - 207
Authorize Representative -
Attorney In Fact

_Andre Sylvester Watts_ (cIR)
For: ANDRE SYLVESTER WATTS. ENS
LEGIS
UCC 1 2005150282-9
Secured Party Creditor

(4)

## SWORN AFFIDAVIT

I hereby swear under the penalty of perjury, 28 U.S.C. § 1746(1) without UNITED
STATES that the hereinbelow is true, correct and complete to the best of the
declarant knowledge:

1.    Attachment of Inmate ANDRE SYLVESTER WATTS legal mail returned as undelivered
the U.S. District Court of the Northern District of Georgia.

2.    Attachment of Inmate EDWARD SAUNDERS had his legal mail obstructed from the United
States Penittentiary, Lee County.

3.    Attachment of Kelvin Ford demonstrating that his legal mail had been obstructed,
impeded and confiscated by and through the United States Penitentiary, Lee County.

4.    Inmate Joseph Harrison, 09599-007 is/has been infected with communicable diseases
and is/was allowed to roam United States Penitentiary, Lee County compound is without
being treated when he was in Special Housing Unit, as well the general population. His
infectiousness diseases were transferable.

5.    Inmate Charles Moody, 00284-000 is/has suffered H-Pyloria that was contracted from
the consumption of water within the Federal Bureau of Prisons and now suffers the risk
of increasing H-Pyloria while receiving a limited amount medicine.

6.    Inmate Frank Aineworth #14491-064 was allowed to hold a detail in the kitchen with
hepatitis A, B, C and was/is in the general population and special housing unit with
medical precautions used to house him with other inmates hereof.

Executed by _Andre Sylvester Watts (CW)_ this_ 21st _day of _March_ 2007

| 04/12/2004 | | Completed referral to Mag Judge Walter E. Johnson (cvga) (Entered: 05/05/2004) |
| 04/14/2004 | | Terminated submissions. (jdb) (Entered: 04/14/2004) |
| 04/14/2004 | | (jdb) (Entered: 04/14/2004) |
| 05/07/2004 | | SUBMITTED to Judge Richard W. Story on [2-1] report & recommendation, [1-1] habeas corpus petition (jdb) (Entered: 05/07/2004) |
| 05/17/2004 | 3 | Objections by petitioner to [2-1] report & recommendation (fmm) Modified on 05/19/2004 (Entered: 05/19/2004) *5 pages* |
| 05/19/2004 | 4 | ORDER by Judge Richard W. Story ADOPTING [2-1] report & recommendation as the order of this court. Accordingly, the Petition for Writ of HC is hereby DISMISSED, WITHOUT PREJUDICE. (cc) (jdb) Modified on 05/19/2004 (Entered: 05/19/2004) *1 page* |
| 05/19/2004 | | Case terminated. (jdb) (Entered: 05/19/2004) |
| 05/19/2004 | | (jdb) (Entered: 05/19/2004) |
| 05/19/2004 | 5 | JUDGMENT ENTERED dismissing case without prejudice. (cc) (jdb) Modified on 05/19/2004 (Entered: 05/19/2004) *1 page* |
| 06/07/2004 | 6 | MOTION by petitioner to stay [4-1] order . (kt) (Entered: 06/09/2004) *3 page* |
| 07/02/2004 | | SUBMITTED to Judge Richard W. Story on [6-1] motion to stay [4-1] order (FILE IN CHAMBERS) (epm) (Entered: 07/02/2004) |
| 07/02/2004 | | ***Submission of 6 Motion to Stay [4-1] Order, to District Judge Richard W. Story. (FILE IN CHAMBERS) (epm) (Entered: 07/14/2004) |
| 07/20/2004 | 7 | ORDER denying 3 motion to vacate and denying 6 Motion to Stay . Signed by Judge Richard W. Story on 7/20/04. (fmm) (Entered: 07/27/2004) *3 pages* |
| 07/20/2004 | | ***Submission Terminated (fmm) (Entered: 07/27/2004) |
| 08/05/2004 | | Mail Returned as Undeliverable. Mail of 7 Order on Motion to Stay sent to Andre Sylvester Watts (epm) (Entered: 08/12/2004) |
| 10/27/2004 | 8 | Sent updated Docket Sheet per petitioner's letter request; also, updated petitioner's address. (epm) (Entered: 10/28/2004) |
| 01/07/2005 | | Letter received from Andre Watts re: USDC mail returned for not being properly marked. (epm) (Entered: 02/04/2005) |



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

POSTAL INSPECTION SERVICE

10500 LITTLE PATUXENT PKWY

COLUMBIA, MD. 21044-3509

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   Ella Johnson   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7005 0390 0004 5929 8670

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Postmark Here

JONESVILLE VA

FEB 26 2007

Sent To:  POSTAL INSPECTION SERVICE
Street, Apt. No.; or PO Box No.  10500 LITTLE PATUXENT PKWY
City, State, ZIP+4  COLUMBIA MD 21044-3509

PS Form 3800, June 2002      See Reverse for Instructions







To:

POSTAL INSPECTION SERVICE
10500 LITTLE PATUXENT PKWY.
COLUMBIA, MD.
21044-3509

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>POSTAL INSPECTION SERVICE<br>10500 LITTLE PATUXENT PKWY<br>COLUMBIA, MD. 21044-3509 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0004 5929 8670 |
| PS Form 3811, August 2001 | Domestic Return Receipt     102595-02-M-1540 |

www.kelvinport06@yahoo.com

* EXTRA POSTAGE HAS BEEN INCLUDED FOR

12 PAGE DOCUMENT



FLAT RATE ENVELOPE
FLAT RATE POSTAGE REGARDLESS OF WEIGHT
DOMESTIC USE ONLY

FOR PICKUP CALL 1-800-222-1811

DOMESTIC USE ONLY
FLAT RATE PRIORITY MAIL
POSTAGE REQUIRED

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Postal Inspection Service
10500 Little Patuxent Pkwy
Columbia, MD.
21044-3509

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   ☒ Certified Mail    □ Express Mail
   □ Registered        ☒ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

To: Postal Inspection Service
    10500 Little Patuxent Parkway
    Columbia, MD. 21044-3509

CERTIFIED MAIL

7004 1160 0000 9051 8013
7004 1160 0000 9051 8013

© EP14F FEBRUARY 2002 USPS  ALL RIGHTS RESERVED

FLAT RATE

PRIORITY MAIL

UNITED STATES POSTAL SERVICE ®

♲ Recycled Paper

**HOW TO USE:**

**1. COMPLETE ADDRESS**
Type or print required return
address and addressee information
in customer block (white area)
or on label (if provided).

**2. PAYMENT METHOD**
Affix postage or meter strip to area
Indicated in upper right hand corner.

KELVIN FORD
REG. NO. 17678-083  (J-UNIT)
UNITED STATES PENITENTIARY
LEE COUNTY
Jonesville, Virginia 24283-0305

To: Postal Inspection Service
10500 Little Patuxent Parkway
Columbia, MD.
21044-3509

CERTIFIED MAIL™

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage | $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees | $

Postmark
Here

Sent To  Postal Inspection Service
Street, Apt. No.;
or PO Box No.  10500 Little Patuxent P
City, State, ZIP+4  Columbia  MD  21044-3

7004 1160 0000 9051 8013

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

Postal Inspection Service
10500 Little Patuxent Pkwy
Columbia, MD.
21044-3509

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**✱✱✱ 18 Page Document ✱✱✱**

2. Article Number
(Transfer from service label)
7004 1160 0000 9051 8013  13

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

www.KelvinFordfile@Yahoo.com

**UNITED STATES POSTAL SERVICE™**

## Mail Theft and Vandalism Complaint

| | |
|---|---|
| 1. Post Office *(Including Station or Unit and ZIP + 6)* | |
| Jonesville Va./U.S. Penitentiary Lee mailroom | |

2. Name of Complainant

Kelvin Ford  #17678-083

| Street Address | Apt. No. | Home Telephone *(Include Area Code)* |
|---|---|---|
| U.S. Penitentiary Lee-County P.O. Box 305 | | |
| City, State, and ZIP + 4 | | Work Telephone *(Include Area Code)* |
| 24263-0305 | | |

**3. Nature of Complaint**

☒ Theft of Mail ☐ Damage to Mailbox ☐ Mail Tampering ☐ Mail Rifling ☐ False Change of Address

☐ Fire in Mailbox ☐ Other *(Describe)*

Occurrence Date and Hour

**4. Contents of Mail Stolen**

☐ Correspondence ☐ Currency ☐ Check ☐ Bank Statement ☐ Credit Card ☐ ATP *(Food stamps card)*

☐ Credit Card Statement ☒ Other *(Describe)* Legal Motion to the Court of Appeals

**5. Type of Delivery**

☐ Apt. House; No. of Families_____ ☐ Private Home ☐ P.O. Box ☐ Rooming House ☐ Office Building ☐ Rural or HCR

☐ Hotel/Hospital ☒ Other *(Describe)* United States Courthouse

**6. Type of Receptacle**

☐ Door Slot ☐ NDCBU ☐ Approved Apartment Panel ☐ Collection ☐ Residence Locked? ☒ Yes

☐ Desk Service ☐ Rural Type ☐ Combination ☐ No

Locked Institution Mail Box

**7. Particulars of Stolen Check**

☐ 01) Personal ☐ 02) Commercial ☐ 03) Local ☐ 04) State ☐ 05) Federal ☐ 06) Money Order ☐ 07) ATP

Sender's Name and Address

Payee *(If different from complainant)*

| Amount $ | Check No. | Date | Symbol No. *(If U.S.Treasury)* |
|---|---|---|---|
| Maker of Check | | Bank on Which Drawn | |

8. Purpose for Which Check Issued

9. If Check or Money Order Was Cashed, Obtain Particulars *(Date, place, person accepting it, etc.)*

10. Suspects *(Name, address, physical description, car description and license no.)*

Mail room staff here at U.S. Penitentiary   THiS iS My 8ᵀᴴ iNCiDENT!!!

11. Were Police Notified?

☐ Yes *(If "Yes," give Police Report No.:_____)* ☒ No *(If "No," instruct complainant to do so.)*

12. Remarks *(Continue on reverse, if necessary)*

see attachments

| 13. Date of Complaint | 14. Complaint Received by *(Signature)* |
|---|---|
| | |

PS Form **2016,** March 1994


**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 0390 0004 5929 8304
Detailed Results:

• **Delivered, December 11, 2006, 11:12 am, CAMDEN, NJ 08101**
• **Notice Left, December 09, 2006, 8:03 am, CAMDEN, NJ 08101**
• **Arrival at Pick-Up-Point, December 09, 2006, 7:56 am, CAMDEN, NJ 08101**
• **Acceptance, December 07, 2006, 10:32 am, JONESVILLE, VA 24263**

( < Back )     ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS    site map   contact us   government
Preserving the Trust     Copyright © 1999-2004 USPS.

---

**U.S. Postal Service**™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com**

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here   DEC 07 2006

Sent To  MITCHELL H. COHEN COURTHOUSE, CLERK OF The COURT
Street, Apt. No.; or PO Box No.  1 JOHN F. GERRY PLAZA
City, State, ZIP+4  CAMDEN N.J. 08101

PS Form 3800, June 2002      See Reverse for Instructions

---

*(handwritten, rotated text:)* WAS RETURNED TO ME UNSIGNED BY RECIPIENT.

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MITCHELL H. COHEN
U.S. COURTHOUSE
ATT: CLERK OF THE COURT
(JOHN F. GERRY PLAZA
CAMDEN, NJ
08101

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number *(Transfer from service label)*
7005 0390 0004 5929 8304

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540


**UNITED STATES**
**POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1160 0000 9051 6323**

**There is no record of this item.**

---

### Why Are You Receiving This Message?

1. Event information may not be available if your item was mailed recently. Please try again later.

2. The number was entered incorrectly. Be sure to enter all of the letters and numbers as they appear on your mailing label or receipt.

| Track & Confirm |
|---|
| Enter Label/Receipt Number. |

---

POSTAL INSPECTORS      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

**\*\*\*NEVER LEFT THE INSTITUTION!!!\*\*\***

This Certified Item was deposited in the Locked Legal Mail Box in accordance with Title 18 U.S.C. §1705.



UNITED STATES
POSTAL SERVICE®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7099 3400 0014 8863 1694
Status: **Delivered**

Your item was delivered at 8:41 AM on January 5, 2007 in ROCKVILLE, MD 20850.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

(

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

\*\*\*Was deposited in Locked Legal Mail Box in accordance with Title 18 U.S.C. §1705. This Certified Item was never logged-in at Jonesville Post Office, and it took 7 days to reach it's destination.\*\*\*



According to www.usps.gov "Track and Confirm" there is no record
of the foregoing certified items as of February 20th, 2007.







UNITED STATES
POSTAL SERVICE₀

<span style="float:right">Home | Help</span>

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: <u>7005 0390 0004 5929 8878</u>

There is no record of this item.

<div style="float:right; border:1px solid #000; padding:4px">
Track & Confirm

Enter Label/Receipt Number.
</div>

### Why Are You Receiving This Message?

1. Event information may not be available if your item was mailed
recently. Please try again later.

2. The number was entered incorrectly. Be sure to enter all of the letters
and numbers as they appear on your mailing label or receipt.

POSTAL INSPECTORS     site map     contact us     government services     jobs     **National & Premier Accounts**
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



 **UNITED STATES POSTAL SERVICE**

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1160 0000 9051 1076**

There is no record of this item.

────────────────────────────────

### Why Are You Receiving This Message?

1. Event information may not be available if your item was mailed recently. Please try again later.

2. The number was entered incorrectly. Be sure to enter all of the letters and numbers as they appear on your mailing label or receipt.

**Track & Confirm**

Enter Label/Receipt Number.

────────────────────────────────

POSTAL INSPECTORS     site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



## AFFIDAVIT OF MAILING

I, KELVIN FORD, swear by the penalty of perjury pursuant to Title

28 U.S.C. §1746 that the foregoing PS Form 2016 (Mail Theft and

Vandalism Complaint) application was placed in a locked box (in

accordance with Title 18 U.S.C. §1705) in the U.S. Penitentiary-Lee

County on February _22_ , 2007 to be mailed via _Certified return_

_receipt No. 7004 1160 0000 9051_ 8013 to:

                     Postal Inspection Service
                     10500 Little Patuxent Parkway
                     Columbia, MD.  21044-3509

This one page PS Form 2016 Application is accompanied by a _17_

page Attachment.


I hereby certify by my hand and seal that KELVIN FORD appeared before

me with the foremention documents to be sent to the Postal Inspection

Service.


_____
KELVIN FORD

_____
NOTARY
My Commission Expires
May 31, 2008

Kelvin Ford
Registry No. 17678-083
United States Penitentirary-Lee County
Post Office Box 305
Jonesville, VA.  24263-0305


January 4th, 2006


Postmaster General & Chief Executive Officer
Attn: Mr. John E. Potter
475 L'Enfant Plaza S.W.
Washington, D.C.  20260-0001

Dear Postmaster General Potter,

I scribe this correspondence to express my deep displeasure
with the mail service I have been receiving, or lack thereof.  Mr.
Potter please find enclosed a copy of the premise of my current
grievance(s);

1)    On December 7th, 2006 I sent a very sensitive document
      to the 3rd Circuit Court of Appeals that is paramount to
      my liberty, as well as my very existence.  This document
      reached it's destination, and was docketed in the court
      of appeals (See Exhibit No. 1, 2, 3).  However, the return
      receipt was returned unsigned and unstamped without the
      official postal post-date stamp (See Exhibit No. 4).

2)    On December 28th, 2006 I sent two (2) pieces of certified
      mail to the courts.  On December 29th, 2006 my certified
      receipt was returned unstamped without the official post-
      dated seal/stamp; and bore a handwritten date as well
      as the initials of it's anonymous author.  As of January
      4th, 2007 there was no record of my very valuable judicial
      pleadings; according to the "TRACK & CONFIRM" link @
      www.usps.gov. (See Exhibit No. 5)

With that in mind I truly would like for you to forward me the appropiate
forms from your office to launch an investigation, and file a complaint
in this matter.  Mr. Potter I close this correspondence in complete confidence
that you will champion my cause which is deeply governed in your policy,
and good ethical morals.

As always I remain...

                                        Very Truly Yours,


                                        /s/_____


**NOTE:** PLEASE send me a copy of this correspondence to ensure that it's
        contents remained intact, and it's integrity remained uncompromised.
        Thanks a million for your very valuable time, patience, and
        assistance.




***I never received a response from this correspondence, so this too is
    believe to be stolen or tampered with.***   KF 2-22-07




cc: Chief Postal Inspector
    Attention To: Lee Heath
    475 L'Enfant Plaza S.W.
    Washington, D.C.  20260-0001

# Appeal Documents

<u>1:04-cr-00562-JBS USA v. FORD</u> **CASE CLOSED on 11/02/2005**

## U.S. District Court

## District of New Jersey [LIVE]

Notice of Electronic Filing

The following transaction was received from lc, entered on 12/11/2006 at 2:30 PM EST and filed on 12/11/2006

| | |
|---|---|
| **Case Name:** | USA v. FORD |
| **Case Number:** | <u>1:04-cr-562</u> |
| **Filer:** | Dft No. 1 - KELVIN FORD |
| **Document Number:** | <u>77</u> |

**Docket Text:**
NOTICE OF APPEAL by KELVIN FORD re [76] Order. (THE FILING FEE OF $455.00,NOT PAID/NO IFP APPLICATION SUBMITTED. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (Attachments: # (1) EXHIBIT #1# (2) EXHIBIT #2a# (3) EXHIBIT #2b# (4) Copy of envelope)(lc, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/11/2006] [FileNumber=1698412-0] [9a09f6415a9a14788d6c6bba7623239239c989a838b95fa4161b5b80b85a19f08c 4a49632b74b9151e40e3d4eea9013a1b233b2a9c5f7de47aea5b0d66ff05bf]]
**Document description:** EXHIBIT #1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/11/2006] [FileNumber=1698412-1] [20ce92a4768ef9fca9dcc311ed116854f25d11bc8e661d31024d9dbccdf9b7acdc b6c6c957eb22a81a51d72c81fb1b19d4dfd70fb995b5b58640e3e07112fe06]]

Document description: EXHIBIT #2a
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1046708974 [Date=12/11/2006] [FileNumber=1698412-2] [7fd35c0a1d2a716d7abcc108f4a6b3db53d325147505b23e515f3cff9849ba90e0a05df6a7ee954240e5de67f4eb958d289ea3e9c487d69804388b09c6a14899]]
Document description: EXHIBIT #2b
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1046708974 [Date=12/11/2006] [FileNumber=1698412-3] [4b0f8da1558f440858d9d1a4bb17c405668ac3c9628e7d87a2112a648e268662bd8d98d59ae4686d6627d1bc5c5eacc53b45b9d9b5603541272f26fc1fa15eea]]
Document description: Copy of envelope
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1046708974 [Date=12/11/2006] [FileNumber=1698412-4] [226e3ffad2cab50817ddb2699ca38577076dc7be67bb1fad5c9f1d9e93a50b6601a1889c1001e675d87a2fb97e05234c5e00a44aaf0b0c9d6ada9f2573c73bf0]]

**1:04-cr-562-1 Notice will be electronically mailed to:**

RALPH A. JACOBS    rjacobs@rjesq.com, jacobsdocket@verizon.net

HOWARD JOSHUA WIENER    howard.wiener@usdoj.gov,
usanj.ecfcriminaldocketing@usdoj.gov

**1:04-cr-562-1 Notice will be delivered by other means to:**



17678-083

MITCHELL H. COLLEN U.S. COURTHOUSE
1 John F. Gerry Plaza
Camden, N.J. 08101

Attention to: Clerk OF The Court

LEGAL MAIL

08102♦1371-01 C004

CERTIFIED MAIL™
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS; FOLD AT DOTTED LINE

7005 0390 0004 5929 8304

***Legal Mail***

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Mitchell H. Cohen
U.S. Courthouse
M. Clerk of the Court
John F. Gerry Plaza
Camden, NJ    08101

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7005 0390 0004 5929 8304

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

FORD 17678-083 T-UNIT

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

12-29-06
Postmark Here

Sent To CLERK oF COURT / MERITS PANEL
Street, Apt. No.; or PO Box No. 601 MARKET STREET
City, State, ZIP+4 PHILADELPHIA, PA. 19106-1790

PS Form 3800, June 2002          See Reverse for Instructions

7004 1160 0000 9051 6223

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

FORD 17678-083 T-UNIT

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

12-29-06
Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
CLERK oF THE COURT Molly Q. Ruhl
Street, Apt. No.; or PO Box No.
50 MARYLAND AVE.
City, State, ZIP+4 ROCKVILLE, MD. 20850-2397

PS Form 3800, February 2000          See Reverse for Instructions

7099 3400 0014 8898 1694

UNITED STATES
POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7004 1160 0000 9051 6323

There is no record of this item.

Track & Confirm

Enter Label/Receipt Number.

### Why Are You Receiving This Message?

1. Event information may not be available if your item was mailed recently. Please try again later.

2. The number was entered incorrectly. Be sure to enter all of the letters and numbers as they appear on your mailing label or receipt.

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    1/4/2007



**UNITED STATES**
**POSTAL SERVICE** ®



Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 0390 0004 5929 8304
Detailed Results:

- **Delivered, December 11, 2006, 11:12 am, CAMDEN, NJ 08101**
- **Notice Left, December 09, 2006, 8:03 am, CAMDEN, NJ 08101**
- **Arrival at Pick-Up-Point, December 09, 2006, 7:56 am, CAMDEN, NJ 08101**
- **Acceptance, December 07, 2006, 10:32 am, JONESVILLE, VA 24263**

( < Back )                    ( Return to USPS.com Home > )

---

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

| Track & Confirm |
|---|
| Enter Label/Receipt Number. |

---

POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



UNITED STATES POSTAL SERVICE  BALTIMORE MD 21

02 MAR 2007 PM 10

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

KeLViN FORD #17678-083
P.O. Box 305
Jonesville, VA.   24263-0305

***www.KelvinFord06@Yahoo.com***

305

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS – Phone (913) 682-8700 ext. 465

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Watts, Andre    S | 13799083 | J | USP Lee |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

On or about March 13, 2007 Case Manager Petitt advised me that my name was in question with respect to the parole list for consideration. However, on March 14, 2007 I learned that my name was not on the list, but see: 28 CFR 2.71(a) in relevant part: A prisoner desiring to apply for parole shall execute an application form as prescribed by the Commission. Petitt was suppose to have submitted a new parole application accompanied with a progress report and he did not comply.
Grievant believes that Petitt dereliction was intended to prevent grievant from being considered for parole thus as his pledge to other USP Lee staff who grievant      written complaints, habeas corpus or civil rights complaints against in the pass. In P.S. 3420.09: Personal Conduct. It is essential to the orderly running of any Bureau  facility that employees conduct themselves.The following are some types of behavior that cannot be tolerated in the Bureau: Employees shall ▇▇▇ avoid situations which give rise to a conflict of interest; Employees shall not participate in conduct which would lead a reasonable person question the employee's impartiality. Any reasonable person observing the circumstances would have agreed that Petitt was derelic and this reason sanction should impose in accordance with. id Attm.A. and/or transfer grievant to facility immediate where the "boards" is for consideration. Code 324 Transfer.

| 3/16/07 | | *ANDRE SYLVESTER WATTS* (c) |
|---|---|---|
| DATE | | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: _____

**Part C– RECEIPT**                    CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL

## SWORN AFFIDAVIT

I hereby execute  my signature that the following information is accurated:

1.    I am inmate Edward Saunders, 11022058 who is being housed at United States Penitentiary, Lee County.

2.    I declare that on separate occassions that my legal mail was obstructed, impeded and confiscate at the hands of United States Penitentiary, Lee County mailroom personell.

3.    I declare that on separate occassions as a law library clerk other inmates has complained that their legal mail had been obstructed, impeded or confiscated from the mailroom by United States Penitentiary, Lee County personell.

Executed by _Edward H. Saunders_ this _18th_ day of _March_ 2007.
Fed. Reg. No. _11022-058_