# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE SYLVESTER WATTS, <br> R13799-083 <br> Lee County United States <br> Penitentiary <br> P. O. Box 305 <br> Jonesville, VA 24263-0305, <br><br>                Plaintiff, <br><br> v. <br><br> ALBERTO GONZALES, <br> United States Attorney General <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue, NW <br> Washington, D.C. 20530, <br>                Defendant. | Civil Action No. 06-0777 (RJL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for Defendant, in the above-captioned case.

Respectfully submitted,

s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May, 2007, I caused the foregoing Notice of Appearance to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

Andre Sylvester Watts
R13799-083
Lee County United States
Penitentiary
P. O. Box 305
Jonesville, VA 24263-0305

                                                            s/Jonathan C. Brumer
                                                            JONATHAN C. BRUMER
                                                            Special Assistant United States Attorney