UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE SYLVESTER WATTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0777 (RJL) |
| ) | |
| ALBERTO GONZALES, ) | |
| UNITED STATES ATTORNEY GENERAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant, Alberto Gonzalez, United States Attorney General, respectfully moves for an enlargement of time within which to file his response to this Court's May 4, 2007 order to show cause why a Writ of Mandamus should not issue. For purposes of this motion, the Defendant notes that he understands the May 4, 2007 order to be directed to Plaintiff's Amended Petition for a Writ of Mandamus, and not to Plaintiff's original Petition for a Writ of Mandamus. The Defendant also understands that the Court's latest order, like the June 13, 2006 Order to Show Cause which it references, is intended to require Defendant to file his response within 20 days of the service of the order, i.e., by May 24, 2007.

Defendant respectfully requests that his deadline for responding to the show cause order be extended by thirty days, from May 24, 2007 to June 25, 2007. This is Defendant's first request for an enlargement of time in this case. The undersigned counsel did not attempt to contact *pro se* Plaintiff for his consent, because appellant is incarcerated, rendering such a step impracticable.

This enlargement of time is sought for three reasons. First, the undersigned Counsel for Defendant, Jonathan C. Brumer, just began a detail at the United States Attorney's Office on

May 7, 2007, and this case was assigned to him on May 18, 2007.  Mr. Brumer will need some time to familiarize himself with the procedural history of this case and the relevant legal authorities, confer with agency counsel about the circumstances of this case, and prepare an appropriate response to the Court's show cause order.  Mr. Brumer anticipates that he will want to file a dispositive motion in conjunction with his response to the Court's order, which will require additional time for preparation.  Second, counsel for Defendant will be out of the office on scheduled leave on May 24, May 25, and May 29, and has several imminent deadlines in his other cases, including Answers and/or dispositive motions in, among other cases, Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.), Bonaparte v. DOJ, Civil Action No. 07-0749 (D.D.C.), Forrester v. Parole Commission, Civil Action No. 07-0728 (D.D.C.), and Delgado v. ATF, Civil Action No. 07-0256 (D.D.C.), as well as potentially a Reply in Kotz v. Lappin, *et. al.*, Civil Action No. 07-0856 (D.D.C.).  Third, Counsel for Defendant is currently waiting for agency counsel to send him information and documents which are required before he can formulate an appropriate response to the Court's order.  Consequently, Defendant requests the additional time in order to further confer and better address the relevant issues in this case.

    This extension is sought in good faith and will not unfairly prejudice any party.  Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

    WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for responding to this Court's May 4, 2007 order to show cause why a Writ of Mandamus should not issue and why Plaintiff's Amended Petition for a Writ of Mandamus should be denied, be extended to June 25, 2007.

Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney



__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 21st day of May, 2007, I caused the foregoing Motion for Enlargement of Time to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

Andre Sylvester Watts
R13799-083
Lee County United States
 Penitentiary
P. O. Box 305
Jonesville, VA 24263-0305


                                             s/Jonathan C. Brumer
                                             JONATHAN C. BRUMER, D.C. BAR # 463328
                                             Special Assistant United States Attorney
                                             555 4th Street, N.W., Room E4815
                                             Washington, D.C. 20530
                                             (202) 514-7431
                                             (202) 514-8780 (facsimile)