## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE SYLVESTER WATTS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, )<br>UNITED STATES ATTORNEY GENERAL, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-0777 (RJL) |

### ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time for responding to this Court's May 4, 2007 order to show cause why a Writ of Mandamus should not issue and why Plaintiff's Amended Petition for a Writ of Mandamus should be denied, and the record herein, and it appearing that good cause exists for the requested extension, it is this

_____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until June 25, 2007, to respond to this Court's May 4, 2007 order to show cause why a Writ of Mandamus should not issue and why Plaintiff's Amended Petition for a Writ of Mandamus should be denied.

_____
RICHARD J. LEON
United States District Court Judge

Copies of this order to:

Andre Sylvester Watts
R13799-083
Lee County United States
Penitentiary
P. O. Box 305
Jonesville, VA 24263-0305

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530