UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE SYLVESTER WATTS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, )<br>UNITED STATES ATTORNEY GENERAL, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0777 (RJL) |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant, Alberto Gonzalez, United States Attorney General, respectfully moves for an enlargement of time within which to file his response to this Court's May 4, 2007 order to show cause why a Writ of Mandamus should not issue.

Defendant respectfully requests that his deadline for responding to the show cause order be extended by four days, from June 25, 2007 to June 29, 2007.  This is Defendant's second request for an enlargement of time in this case.  The undersigned counsel did not attempt to contact *pro se* Plaintiff for his consent, because Plaintiff is incarcerated, rendering such a step impracticable.

This enlargement of time is sought for several reasons.  This action implicates several complex legal issues of statutory interpretation and constitutional law arising in the prison context.  The undersigned counsel for Defendant, Jonathan Brumer, has been hard at work on a fairly lengthy and comprehensive dispositive motion which he plans to file in response to both Plaintiff's pleadings and this Court's order to show cause why a Writ of Mandamus should not issue.  However, during the course of drafting this brief over this past weekend, Mr. Brumer realized that he needed to further consult with agency counsel and receive additional documents

and information from him, in order to complete an appropriate motion. The agency counsel assigned to this case is out of the office today, but will be returning to the office tomorrow.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for responding to this Court's May 4, 2007 order to show cause why a Writ of Mandamus should not issue and why Plaintiff's Original and Amended Petition for a Writ of Mandamus should be denied, be extended to June 29, 2007.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 25th of June, 2007, I caused the foregoing Motion for Enlargement of Time to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

Andre Sylvester Watts  
R13799-083  
Lee County United States  
 Penitentiary  
P. O. Box 305  
Jonesville, VA 24263-0305

                                                s/Jonathan C. Brumer  
                                                JONATHAN C. BRUMER, D.C. BAR # 463328  
                                                Special Assistant United States Attorney  
                                                555 4th Street, N.W., Room E4815  
                                                Washington, D.C. 20530  
                                                (202) 514-7431  
                                                (202) 514-8780 (facsimile)