# Exhibit 7



## Civil Name Search Results

**73 Total Party matches for selection WATTS, ANDRE SYLVESTER for ALL COURTS**
Search Complete
Wed Jun 27 10:07:30 2007
Selections 1 through 54 (Page 1)

Download (2 pages $ 0.08)


Next 19

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 1 | WATTS, ANDRE SYLVESTER | cofce | 1:2007cv00037 | 01/18/2007 | 528 | 03/21/2007 |
| 2 | WATTS, ANDRE SYLVESTER | wvndce | 1:2004cv00040 | 05/18/2005 | 530 | 12/06/2005 |
| 3 | WATTS, ANDRE SYLVESTER | dcdce | 1:2002cv00079 | 01/16/2002 | 550 | 01/16/2002 |
| 4 | WATTS, ANDRE SYLVESTER | wvsdce | 2:2004cv00150 | 02/23/2004 | 530 | 03/04/2004 |
| 5 | WATTS, ANDRE SYLVESTER | wvsdce | 2:2004cv00150 | 02/23/2004 | 530 | 03/04/2004 |
| 6 | WATTS, ANDRE SYLVESTER | wvndce | 1:2003cv00186 | 08/25/2003 | 440 | 12/23/2003 |
| 7 | WATTS, ANDRE SYLVESTER | vawdce | 7:2006cv00208 | 04/10/2006 | 530 | 04/19/2006 |
| 8 | WATTS, ANDRE SYLVESTER | dcdce | 1:2002cv00214 | 05/08/2002 | 550 | 10/31/2002 |
| 9 | WATTS, ANDRE SYLVESTER | wvndce | 1:2003cv00234 | 11/03/2003 | 530 | 12/23/2003 |
| 10 | WATTS, ANDRE SYLVESTER | cofce | 1:2007cv00246 | 04/20/2007 | 528 | 05/31/2007 |
| 11 | WATTS, ANDRE SYLVESTER | wvndce | 1:2003cv00257 | 11/19/2003 | 530 | 12/23/2003 |
| 12 | WATTS, ANDRE SYLVESTER | vawdce | 7:2005cv00258 | 05/02/2005 | 550 | 05/06/2005 |
| 13 | WATTS, ANDRE SYLVESTER | vawdce | 7:2006cv00269 | 05/02/2006 | 550 | 05/18/2006 |
| 14 | WATTS, ANDRE SYLVESTER | vawdce | 7:2005cv00270 | 05/04/2005 | 530 | 07/18/2005 |
| 15 | WATTS, ANDRE SYLVESTER | dcdce | 1:2001cv00284 | 09/13/2001 | 550 | |
| 16 | WATTS, ANDRE SYLVESTER | vawdce | 7:2006cv00291 | 05/11/2006 | 530 | 05/12/2006 |
| 17 | WATTS, ANDRE SYLVESTER | dcdce | 1:2005cv00299 | 02/09/2005 | 530 | 02/09/2005 |
| 18 | WATTS, ANDRE SYLVESTER | vawdce | 7:2006cv00334 | 05/30/2006 | 530 | 05/31/2006 |
| 19 | WATTS, ANDRE SYLVESTER | dcdce | 1:1999cv00341 | 02/16/1999 | 550 | 01/24/2000 |
| 20 | WATTS, ANDRE SYLVESTER | dcdce | 1:2006cv00341 | 02/27/2006 | 550 | |
| 21 | WATTS, ANDRE SYLVESTER | dcdce | 1:1997cv00352 | 02/20/1997 | 550 | 02/20/1997 |
| 22 | WATTS, ANDRE SYLVESTER | pamdce | 1:1996cv00368 | 03/01/1996 | 550 | 04/15/1996 |
| 23 | WATTS, ANDRE SYLVESTER | dcdce | 1:2003cv00373 | 02/26/2003 | 530 | 02/26/2003 |
| 24 | WATTS, ANDRE SYLVESTER | vawdce | 7:2006cv00392 | 06/28/2006 | 510 | 06/29/2006 |
| 25 | WATTS, ANDRE SYLVESTER | vawdce | 7:2006cv00398 | 06/30/2006 | 540 | 09/29/2006 |
| 26 | WATTS, ANDRE SYLVESTER | vaedce | 1:2002cv00432 | 03/25/2002 | 550 | 04/15/2002 |
| 27 | WATTS, ANDRE SYLVESTER | mddce | 8:2003cv00464 | 02/19/2003 | 540 | 03/04/2003 |
| 28 | WATTS, ANDRE SYLVESTER | pamdce | 1:1997cv00528 | 04/04/1997 | 550 | 06/24/1997 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29 | WATTS, ANDRE SYLVESTER | dcdce | 1:2005cv00561 | 03/18/2005 | 550 | 03/18/2005 |
| 30 | WATTS, ANDRE SYLVESTER | vawdce | 7:2005cv00601 | 09/28/2005 | 530 | 01/31/2006 |
| 31 | WATTS, ANDRE SYLVESTER | vawdce | 7:2004cv00610 | 10/20/2004 | 530 | 10/20/2004 |
| 32 | WATTS, ANDRE SYLVESTER | dcdce | 1:1997cv00647 | 03/31/1997 | 540 | 05/30/1997 |
| 33 | WATTS, ANDRE SYLVESTER | mddce | 8:2006cv00652 | 03/13/2006 | 550 | 03/16/2006 |
| 34 | WATTS, ANDRE SYLVESTER | gandce | 1:2004cv00653 | 03/08/2004 | 530 | 05/19/2004 |
| 35 | WATTS, ANDRE SYLVESTER | vawdce | 7:2006cv00666 | 11/09/2006 | 530 | 11/15/2006 |
| 36 | WATTS, ANDRE SYLVESTER | dcdce | 1:1999cv00735 | 03/25/1999 | 555 | 05/11/1999 |
| 37 | WATTS, ANDRE SYLVESTER | vawdce | 7:2004cv00740 | 12/17/2004 | 550 | 12/17/2004 |
| 38 | WATTS, ANDRE SYLVESTER | dcdce | 1:2006cv00755 | 04/25/2006 | 550 | 01/08/2007 |
| 39 | WATTS, ANDRE SYLVESTER | dcdce | 1:2006cv00777 | 04/27/2006 | 550 | |
| 40 | WATTS, ANDRE SYLVESTER | vaedce | 1:1996cv00784 | 06/04/1996 | 510 | 06/04/1996 |
| 41 | WATTS, ANDRE SYLVESTER | dcdce | 1:2005cv00849 | 04/29/2005 | 550 | 12/19/2005 |
| 42 | WATTS, ANDRE SYLVESTER | vaedce | 1:2002cv00861 | 06/14/2002 | 550 | 07/29/2002 |
| 43 | WATTS, ANDRE SYLVESTER | dcdce | 1:2007cv00865 | 05/09/2007 | 550 | 05/09/2007 |
| 44 | WATTS, ANDRE SYLVESTER | dcdce | 1:2006cv00898 | 05/11/2006 | 540 | 05/11/2006 |
| 45 | WATTS, ANDRE SYLVESTER | dcdce | 1:2002cv00901 | 05/09/2002 | 550 | 05/09/2002 |
| 46 | WATTS, ANDRE SYLVESTER | dcdce | 1:2007cv00913 | 05/16/2007 | 530 | 05/16/2007 |
| 47 | WATTS, ANDRE SYLVESTER | mddce | 1:1999cv00925 | 03/31/1999 | 530 | 04/08/1999 |
| 48 | WATTS, ANDRE SYLVESTER | mddce | 8:2005cv01036 | 04/15/2005 | 530 | 10/06/2005 |
| 49 | WATTS, ANDRE SYLVESTER | scdce | 0:2003cv01096 | 04/08/2003 | 555 | 05/21/2003 |
| 50 | WATTS, ANDRE SYLVESTER | vaedce | 1:2001cv01134 | 07/18/2001 | 530 | 08/07/2001 |
| 51 | WATTS, ANDRE SYLVESTER | pamdce | 1:1997cv01245 | 08/13/1997 | 540 | 08/22/1997 |
| 52 | WATTS, ANDRE SYLVESTER | dcdce | 1:2003cv01294 | 06/17/2003 | 550 | 09/26/2005 |
| 53 | WATTS, ANDRE SYLVESTER | dcdce | 1:2001cv01329 | 06/14/2001 | 550 | 11/01/2001 |
| 54 | WATTS, ANDRE SYLVESTER | dcdce | 1:1997cv01367 | 06/17/1997 | 550 | 06/26/1997 |

 Next 19

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/27/2007 10:07:30 | | | |
| **PACER Login:** | du6279 | **Client Code:** | DOJ |
| **Description:** | Civil srch pg 1 | **Search Criteria:** | WATTS, ANDRE SYLVESTER |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**U.S. Party/Case Index - Home**
**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports

**User Options:** Change Client Code | New Login | Billing History | PSC Home Page | E-Mail PSC | Logout

 Help



# Civil Name Search Results

**73 Total Party matches for selection WATTS, ANDRE SYLVESTER for ALL COURTS**
**Search Complete**
**Wed Jun 27 10:07:30 2007**
**Selections 55 through 73 (Page 2)**

Download (2 pages $ 0.00)


Previous 54

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 55 | WATTS, ANDRE SYLVESTER | scdce | 0:2003cv01417 | 06/16/2003 | 530 | 02/19/2004 |
| 56 | WATTS, ANDRE SYLVESTER | vaedce | 1:2001cv01434 | 09/18/2001 | 530 | 10/19/2001 |
| 57 | WATTS, ANDRE SYLVESTER | dcdce | 1:2000cv01436 | 06/16/2000 | 530 | 10/11/2001 |
| 58 | WATTS, ANDRE SYLVESTER | vaedce | 1:2001cv01502 | 09/27/2001 | 530 | 04/21/2003 |
| 59 | WATTS, ANDRE SYLVESTER | dcdce | 1:2006cv01531 | 08/30/2006 | 550 | |
| 60 | WATTS, ANDRE SYLVESTER | dcdce | 1:2004cv01629 | 09/23/2004 | 550 | 03/14/2005 |
| 61 | WATTS, ANDRE SYLVESTER | dcdce | 1:2005cv01689 | 08/24/2005 | 540 | 08/24/2005 |
| 62 | WATTS, ANDRE SYLVESTER | paedce | 2:1996cv01738 | 03/06/1996 | 895 | 03/28/1996 |
| 63 | WATTS, ANDRE SYLVESTER | vaedce | 1:2001cv01883 | 12/11/2001 | 530 | 01/07/2002 |
| 64 | WATTS, ANDRE SYLVESTER | vaedce | 1:2001cv01914 | 12/17/2001 | 555 | 01/07/2002 |
| 65 | WATTS, ANDRE SYLVESTER | dcdce | 1:2006cv01955 | 11/15/2006 | 895 | |
| 66 | WATTS, ANDRE SYLVESTER | dcdce | 1:2000cv01984 | 08/16/2000 | 555 | 09/28/2001 |
| 67 | WATTS, ANDRE SYLVESTER | dcdce | 1:1999cv02064 | 07/30/1999 | 530 | 08/31/1999 |
| 68 | WATTS, ANDRE SYLVESTER | dcdce | 1:2003cv02113 | 10/16/2003 | 550 | 11/04/2005 |
| 69 | WATTS, ANDRE SYLVESTER | scdce | 0:2002cv02245 | 07/30/2002 | 555 | 10/15/2002 |
| 70 | WATTS, ANDRE SYLVESTER | dcdce | 1:2001cv02266 | 10/30/2001 | 530 | 10/30/2001 |
| 71 | WATTS, ANDRE SYLVESTER | dcdce | 1:1996cv02381 | 10/16/1996 | 550 | 07/11/1997 |
| 72 | WATTS, ANDRE SYLVESTER | dcdce | 1:2000cv02419 | 10/10/2000 | 540 | 10/10/2000 |
| 73 | WATTS, ANDRE SYLVESTER | paedce | 2:1997cv04227 | 06/02/1997 | 540 | 07/03/1997 |


Previous 54

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/27/2007 10:10:34 | | | |
| **PACER Login:** | du6279 | **Client Code:** | DOJ |
| **Description:** | Civil srch | **Search** | WATTS, ANDRE |

|  | pg 2 | **Criteria:** | SYLVESTER |
|---|---|---|---|
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# U.S. Party/Case Index - Home

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

 Help