## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE SYLVESTER WATTS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, )<br>UNITED STATES ATTORNEY GENERAL, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-0777 (RJL) |

## **ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss, Plaintiff's Opposition thereto, and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that Defendant's Motion to Dismiss be and hereby is granted; and it is

FURTHER ORDERED that this action is dismissed.

_____
RICHARD J. LEON
United States District Court Judge

Copies of this order to:

Andre Sylvester Watts
R13799-083
Lee County United States
Penitentiary
P. O. Box 305
Jonesville, VA 24263-0305

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530