# Exhibit 1

```
  BOPOL                      PUBLIC INFORMATION                    06-25-2007
  PAGE 001            *           INMATE DATA          *           11:18:25
                               AS OF 06-25-2007


REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 030          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 276-546-0150    FAX: 276-546-9115
                                               RACE/SEX...: BLACK / MALE
FBI NUMBER.: 166270W2                          DOB/AGE....: 07-14-1960 / 46
PROJ REL MT: PAROLE FROM PAR COM OR CT         PAR ELIG DT: 07-13-2002
PROJ REL DT: 12-03-2007                        PAR HEAR DT:
-------------------------- ADMIT/RELEASE HISTORY ---------------------------
FCL   ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
LEE   A-DES      DESIGNATED, AT ASSIGNED FACIL 03-01-2004 1515 CURRENT
B02   RELEASE    RELEASED FROM IN-TRANSIT FACL 03-01-2004 1515 03-01-2004 1515
B02   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-01-2004 0647 03-01-2004 1515
ATL   HLD REMOVE HOLDOVER REMOVED              03-01-2004 0647 03-01-2004 0647
ATL   A-HLD      HOLDOVER, TEMPORARILY HOUSED  02-23-2004 1504 03-01-2004 0647
A01   RELEASE    RELEASED FROM IN-TRANSIT FACL 02-23-2004 1504 02-23-2004 1504
A01   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-23-2004 0900 02-23-2004 1504
OKL   HLD REMOVE HOLDOVER REMOVED              02-23-2004 0800 02-23-2004 0800


G0002        MORE PAGES TO FOLLOW . . .
```

Case 1:06-cv-00777-RJL   Document 19-2   Filed 06/29/2007   Page 3 of 22

REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 030        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 276-546-0150   FAX: 276-546-9115

| | | | | | | |
|---|---|---|---|---|---|---|
| OKL | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 02-19-2004 | 1850 | 02-23-2004 | 0800 |
| A01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 02-19-2004 | 1950 | 02-19-2004 | 1950 |
| A01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 02-19-2004 | 1004 | 02-19-2004 | 1950 |
| GIL | TRANSFER | TRANSFER | | | 02-19-2004 | 1004 |
| GIL | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-05-2003 | 1919 | 02-19-2004 | 1004 |
| B01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 08-05-2003 | 1919 | 08-05-2003 | 1919 |
| B01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 08-05-2003 | 0610 | 08-05-2003 | 1919 |
| ATL | HLD REMOVE | HOLDOVER REMOVED | | | 08-05-2003 | 0610 |
| ATL | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 07-31-2003 | 1510 | 08-05-2003 | 0610 |
| B03 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-31-2003 | 1510 | 07-31-2003 | 1510 |
| B03 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-31-2003 | 1015 | 07-31-2003 | 1510 |
| EDG | TRANSFER | TRANSFER | | | 07-31-2003 | 1015 |
| EDG | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-03-2002 | 1645 | 07-31-2003 | 1015 |


G0002        MORE PAGES TO FOLLOW . . .

Case 1:06-cv-00777-RJL    Document 19-2    Filed 06/29/2007    Page 4 of 22

```
          PUBLIC INFORMATION                    06-25-2007
              INMATE DATA                       11:18:25
            AS OF 06-25-2007
```

REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 030          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 276-546-0150    FAX: 276-546-9115
PRE-RELEASE PREPARATION DATE: 06-03-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  12-03-2007 VIA PAROLE

---------------------CURRENT JUDGMENT/WARRANT NO: 030 -----------------------

COURT OF JURISDICTION..........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER..................: F1641-98
JUDGE..........................: RETCHIN
DATE SENTENCED/PROBATION IMPOSED: 03-23-1999
DATE WARRANT ISSUED............: N/A
DATE WARRANT EXECUTED..........: N/A
DATE COMMITTED.................: 03-23-1999

G0002       MORE PAGES TO FOLLOW . . .

Case 1:06-cv-00777-RJL   Document 19-2   Filed 06/29/2007   Page 5 of 22

```
                        PUBLIC INFORMATION
                          INMATE DATA
                        AS OF 06-25-2007
```

REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 030        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 276-546-0150   FAX: 276-546-9115
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

                  FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:   $00.00          $00.00           $00.00       $50.00

RESTITUTION...:   PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  644
OFF/CHG: ATTEMPT THEFT II


G0002        MORE PAGES TO FOLLOW . . .

Case 1:06-cv-00777-RJL    Document 19-2    Filed 06/29/2007    Page 6 of 22

REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 030          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 276-546-0150    FAX: 276-546-9115
 SENTENCE PROCEDURE.............: DC CODE OMNIBUS MISDEMEANOR <= 180 DAYS
 SENTENCE IMPOSED/TIME TO SERVE.:  120 DAYS
 DATE OF OFFENSE................: 02-22-1998

---------------------CURRENT JUDGMENT/WARRANT NO: 040 ---------------------

COURT OF JURISDICTION..........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER..................: F-4255-98C
JUDGE..........................: MORRISON
DATE SENTENCED/PROBATION IMPOSED: 05-26-1999
DATE WARRANT ISSUED............: N/A
DATE WARRANT EXECUTED..........: N/A
DATE COMMITTED.................: 05-26-1999
HOW COMMITTED..................: DC SUPERIOR COURT COMT

G0002      MORE PAGES TO FOLLOW . . .

Case 1:06-cv-00777-RJL   Document 19-2   Filed 06/29/2007   Page 7 of 22   11:18:25

```
REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 030        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 276-546-0150   FAX: 276-546-9115
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


                   FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:    $00.00         $00.00          $00.00         $500.00

RESTITUTION...:   PROPERTY:  NO  SERVICES:  NO         AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  644
OFF/CHG: CT C: ROBBERY 22-2901; CT D: ASSAULTING, RESISTING OR INTER-
         FERING WITH A POLICE OFFICER 22-505(A)


G0002      MORE PAGES TO FOLLOW . . .
```

Case 1:06-cv-00777-RJL    Document 19-2    Filed 06/29/2007    Page 8 of 22

REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 030          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 276-546-0150    FAX: 276-546-9115
 SENTENCE PROCEDURE.............: DC OMNIBUS ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   12 YEARS
 MINIMUM TERM...................:    4 YEARS
 DATE OF OFFENSE................: 06-12-1998

------------------------CURRENT COMPUTATION NO: 030 -------------------------

COMPUTATION 030 WAS LAST UPDATED ON 05-29-2007 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-29-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010, 040 010

DATE COMPUTATION BEGAN..........: 03-23-1999

 G0002        MORE PAGES TO FOLLOW . . .

```
  BOPOL                    PUBLIC INFORMATION              *       06-25-2007
PAGE 008          *            INMATE DATA                 *       11:18:25
                             AS OF 06-25-2007
```

```
REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 030        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 276-546-0150    FAX: 276-546-9115
COMBINED SENTENCE PROCEDURE.....: DC OMNIBUS ADULT COMBINED SENTENCE
COMBINED TERMS IN EFFECT........:    12 YEARS    120 DAYS
COMBINED TERMS IN EFFECT CONVERT:    12 YEARS     3 MONTHS      28 DAYS
COMBINED MINIMUM TERM...........:     4 YEARS     40 DAYS
EARLIEST DATE OF OFFENSE........: 02-22-1998


JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     03-02-1998    03-09-1998
                                     06-12-1998    03-22-1999


TOTAL JAIL CREDIT TIME..........: 292
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0

  G0002         MORE PAGES TO FOLLOW . . .
```

Case 1:06-cv-00777-RJL   Document 19-2   Filed 06/29/2007   Page 10 of 22

```
REGNO..: 13799-083  NAME: WATTS, ANDRE
COMP NO: 030        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 276-546-0150    FAX: 276-546-9115
PAROLE ELIGIBILITY...............: 07-13-2002
STATUTORY RELEASE DATE..........: 10-01-2010
TWO THIRDS DATE.................: N/A
180 DAY DATE...................: N/A
EXPIRATION FULL TERM DATE.......: 10-01-2010


PAROLE EFFECTIVE...............: 12-03-2007
PAROLE EFF VERIFICATION DATE....: 05-23-2007
NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN


PROJECTED SATISFACTION DATE.....: 12-03-2007
PROJECTED SATISFACTION METHOD...: PAROLE



G0002       MORE PAGES TO FOLLOW . . .
```

```
   BOPOL              PUBLIC INFORMATION                    06-25-2007
PAGE 010                  *                                 11:18:25
                        INMATE DATA
                      AS OF 06-25-2007


REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 030       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 276-546-0150   FAX: 276-546-9115




G0002      MORE PAGES TO FOLLOW . . .
```

Case 1:06-cv-00777-RJL    Document 19-2    Filed 06/29/2007    Page 12 of 22

REGNO..: 13799-083  NAME: WATTS, ANDRE
COMP NO: 020           ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS           RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  08-07-1997 VIA PL RELEASE


-----------------------PRIOR JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: CR 87-00013-A
JUDGE...........................: BRYAN
DATE SENTENCED/PROBATION IMPOSED: 05-15-1987
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 05-20-1997
HOW COMMITTED...`...............: PUBLIC LAW-PAROLEE
PROBATION IMPOSED...............: NO

G0002        MORE PAGES TO FOLLOW . . .

Case 1:06-cv-00777-RJL   Document 19-2   Filed 06/29/2007   Page 13 of 22

REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 276-546-0150   FAX: 276-546-9115

SPECIAL PAROLE TERM............:


RESTITUTION...:  PROPERTY: NO  SERVICES:  NO       AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  281
OFF/CHG: 18:661 & 2:  THEFT WITHIN SPECIAL JURISDICTION OF UNITED
         STATES OF PERSONAL PROPERTY GREATER THAN $100.

  SENTENCE PROCEDURE............: 4209 PAROLEE IN PRGM WITH DRUG AFT CARE
  SENTENCE IMPOSED/TIME TO SERVE.:  120 DAYS
  DATE OF OFFENSE...............: 01-07-1987


  G0002      MORE PAGES TO FOLLOW . . .

Case 1:06-cv-00777-RJL   Document 19-2   Filed 06/29/2007   Page 14 of 22

REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 020          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 276-546-0150   FAX: 276-546-9115


--------------------------PRIOR COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 05-30-1997 AT CBR AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010

DATE COMPUTATION BEGAN..........: 05-20-1997
TOTAL TERM IN EFFECT............:   120 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     3 MONTHS     28 DAYS
EARLIEST DATE OF OFFENSE........: 01-07-1987

TOTAL JAIL CREDIT TIME..........: 0

 G0002        MORE PAGES TO FOLLOW . . .

Case 1:06-cv-00777-RJL   Document 19-2   Filed 06/29/2007   Page 15 of 22

PUBLIC INFORMATION
INMATE DATA
AS OF 08-07-1997

06-25-2007
11:18:25

REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 276-546-0150   FAX: 276-546-9115
TOTAL INOPERATIVE TIME.........: 0
STATUTORY GOOD TIME RATE.......: 0
TOTAL SGT POSSIBLE.............: 0
PAROLE ELIGIBILITY.............: N/A
STATUTORY RELEASE DATE.........: N/A
TWO THIRDS DATE................: N/A
180 DAY DATE...................: N/A
EXPIRATION FULL TERM DATE......: 09-16-1997

NEXT PAROLE HEARING DATE.......: UNKNOWN
TYPE OF HEARING................: UNKNOWN

ACTUAL SATISFACTION DATE.......: 08-07-1997
ACTUAL SATISFACTION METHOD.....: PL RELEASE

G0002      MORE PAGES TO FOLLOW . . .

Case 1:06-cv-00777-RJL   Document 19-2   Filed 06/29/2007   Page 16 of 22

```
BOPOL                  PUBLIC INFORMATION                    06-25-2007
PAGE 015           *        INMATE DATA         *           11:18:25
                         AS OF 08-07-1997
```

```
REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 276-546-0150   FAX: 276-546-9115
ACTUAL SATISFACTION FACILITY....: CBR
ACTUAL SATISFACTION KEYED BY....: GOM


DAYS REMAINING.................: 40
FINAL PUBLIC LAW DAYS..........: 0
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

PUBLIC INFORMATION
INMATE DATA
AS OF 05-20-1997

REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-20-1997 VIA PAROLE

----------------------PRIOR JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: CR 87-00013-A
JUDGE..........................: BRYAN
DATE SENTENCED/PROBATION IMPOSED: 05-15-1987
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED.................: 06-16-1994
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

G0002       MORE PAGES TO FOLLOW . . .

BOPOL       PUBLIC INFORMATION       06-25-2007
PAGE 017          INMATE DATA          11:18:25
                   AS OF 05-20-1997

Case 1:06-cv-00777-RJL   Document 19-2   Filed 06/29/2007   Page 18 of 22

REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
               PHONE..: 276-546-0150    FAX: 276-546-9115
SPECIAL PAROLE TERM.............:

|  | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...:   PROPERTY:   NO   SERVICES:   NO       AMOUNT:   $370.00

-------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 281
OFF/CHG: 18:661 & 2:   THEFT WITHIN SPECIAL JURISDICTION OF UNITED
         STATES OF PERSONAL PROPERTY GREATER THAN $100.

  SENTENCE PROCEDURE.............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR

  G0002       MORE PAGES TO FOLLOW . . .

```
REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 276-546-0150    FAX: 276-546-9115
 SENTENCE IMPOSED/TIME TO SERVE.:      5 YEARS
 DATE OF OFFENSE................: 01-07-1987
```

```
-------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-15-2003 AT GIL MANUALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN

 G0002      MORE PAGES TO FOLLOW . . .
```

Case 1:06-cv-00777-RJL   PUBLIC INFORMATION   Filed 06/29/2007   Page 20 of 22

```
REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 276-546-0150   FAX: 276-546-9115
PRIOR COMPUTATION 010:   010 010


DATE COMPUTATION BEGAN..........: 05-20-1994
TOTAL TERM IN EFFECT............:     5 YEARS
TOTAL TERM IN EFFECT CONVERTED..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 01-07-1987

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    01-07-1987   02-02-1987
                                    05-15-1987   01-20-1988

TOTAL JAIL CREDIT TIME..........: 278
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 8

  G0002      MORE PAGES TO FOLLOW . . .
```

Case 1:06-cv-00777-RJL   Document 19-2   Filed 06/29/2007   Page 21 of 22

PUBLIC INFORMATION
INMATE DATA
AS OF 05-20-1997

REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 276-546-0150   FAX: 276-546-9115
TOTAL SGT POSSIBLE..............: 480
PAROLE ELIGIBILITY..............: 04-16-1995
STATUTORY RELEASE DATE..........: 05-21-1997
TWO THIRDS DATE.................: 12-15-1996
180 DAY DATE....................: 02-15-1998
EXPIRATION FULL TERM DATE.......: 08-14-1998

PAROLE EFFECTIVE................: 05-20-1997
PAROLE EFF VERIFICATION DATE....: 03-31-1997
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 05-20-1997
ACTUAL SATISFACTION METHOD......: PAROLE

G0002      MORE PAGES TO FOLLOW . . .

Case 1:06-cv-00777-RJL   Document 19-2   Filed 06/29/2007   Page 22 of 22
PUBLIC INFORMATION
INMATE DATA
AS OF 05-20-1997

06-25-2007
11:18:25

REGNO..: 13799-083 NAME: WATTS, ANDRE
COMP NO: 010      ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS      RESP OF: LEE / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 276-546-0150   FAX: 276-546-9115
ACTUAL SATISFACTION FACILITY....: GIL
ACTUAL SATISFACTION KEYED BY....: JRB


DAYS REMAINING..................: 451
FINAL PUBLIC LAW DAYS...........: 0




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED