## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE SYLVESTER WATTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0777 (RJL) |
| ) | |
| ALBERTO GONZALES, ) | |
| UNITED STATES ATTORNEY GENERAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

UPON CONSIDERATION of Plaintiff's original and amended Petitions for the Issuance of a Writ of Mandamus, Defendant's Response to this Court's May 4, 2007 Order To Show Cause Why a Writ of Mandamus Should Not Issue, and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that Plaintiff's original and amended Petitions for the Issuance of a Writ of Mandamus are DENIED.

_____
RICHARD J. LEON
United States District Court Judge

Copies of this order to:

Andre Sylvester Watts
R13799-083
Lee County United States
Penitentiary
P. O. Box 305
Jonesville, VA 24263-0305

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530