UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 6 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANDRE SYLVESTER WATTS,           )
                                 )
        Petitioner,              )
                                 )
v.                               )    Civil Action No. 06-0777 (RJL)
                                 )
ALBERTO GONZALES,                )
                                 )
        Respondent.              )

**ORDER**
(July 5, 2007)

Respondent Alberto Gonzales has filed a response to the Court's order to show cause and a motion to dismiss. Because a ruling on respondent's motion potentially could dispose of this case, the Court hereby advises this *pro se* petitioner of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

Petitioner is advised that the Court will rule on respondent's motion taking into consideration the facts proffered in the mandamus petition, along with petitioner's response or opposition to it. Petitioner's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). In addition, petitioner's attention is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

1



> Whenever a party must or may act within a prescribed period after service and the service is made [by mail], 3 days are added after the prescribed period would otherwise expire [under Rule 6(a)].

Fed. R. Civ. P. 6(e). The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the respondent's motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

ORDERED that, on or before **July 31, 2007**, petitioner shall file his opposition or response to respondent's motion to dismiss. If petitioners fail to respond timely, the Court may grant the motion as conceded.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge