United States District Court
District of Columbia

**RECEIVED**

JUL 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Andre Sylvester Watts (c)
     Petitioner,  CA. No. 1:06 cv 777 RSL
  vs
Alberto Gonzales, U.S. Atty General
     Respondent.


Motion For Enlargement of Time
And Motion To Strike Facial
   Title of Parties


  Comes Now Andre Sylvester Watts (c) sui
juris hereby move the district court for
a Enlargement of Time And To strike Facial
Title of Parties.
  The district court has jurisdiction pursuant
to Rule 6(b) of the Federal Rules of Civil Procedure
and Rule 12(f) of the Federal Rules of Civil
Procedure to grant the motions. The petitioner
proffers to wit:


1. United States Penitentiary Lee is currently on
lock down since June 30, 2007 and no movement

of inmates is occuring to the law library.

2. Petitioner has no access to legal materials via Lexis Nexis/West Law to do research from and formulate a opposition to respondent belated answering of the district court Show Cause Order should it be necessary.

3. The district court have not yet answered petitioner motion of Contempt of Court against respondent and the petitioner motion oof objection to respondent frivolous and belated motion for Enlargment of Time that was also filed inconsistent with the time prescribed by the original order of show cause by the district court.

4. The title plaintiff in lieu of petitioner and title defendant in lieu of respondent must be stricken because plaintiff indicates civil suit. There is no civil suit been filed. Instead its an writ of mandamus by petitioner seeking relief by the standards of equity and is of non-monetary value in a sue. This is not the cause hereof.

5. Petitioner and Respondent titles are appropiate when a party (Petitioner) petition a district court in the nature of an writ of mandamus by petitioner

for equity relief, like in this cause. Furthermore, the Prisoners Litigation Reform Act has no application hereof and should be applied for adjudication by this district court whatsoever.

6. Petitioner motions is requesting Enlargement of Time of at least 45 days by this district court following its order striking the inappropiate facial titles; Answering of the Contempt of Court application; and Petitioner Objection motion to the respondent (defendant) frivolous and belated motion of Enlargement of Time. The respondent (defendant) will not suffer prejudice by the district court granting of said motions.

## Conclusion

For the foregoing reasons, the district court should grant petitioner motions or any other relief that Justice so demands within the discretion of the district court.

Date: 7/4/07

Without Prejudice
UCC 1-207
Audre Sylvester Watts ©

# Certificate of Service

I hereby certify under the penalty of perjury, 28 USC 1746(1) without UNITED STATES that the respondent representative: Jonathan C. Brumer, D.C. Bar #463328, Special Assistant United States Attorney, 555 Fourth Street, N.W. Room E 4815, Washington, D.C., 20530 have received by postage prepaid petitioner foregoing motion of Enlargement of Time and Motion To Strike Facral Title of Parties this ____4th____ day of __July__ 2007

_Audre Sylvester Watts_ (c)
Affiant/ Petitioner

United States District Court
District of Columbia


Andre Sylvester Watts [c]

                    Petitioner,

          vs.                              CA. No. 1:06cv777

Alberto Gonzales, U.S. Atty General,

                    Respondents


# O R D E R

In accordance with Rule 7(b) of the
Federal Rules of Civil Procedure and the
applicable Local Court Rules
It is this _____ day of _____ 2007
hereby ADJUDGED AND GRANTED of
Petitioner motions.


                              _____
                                   JUDGE