UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
AUG 6 2007
U.S. DISTRICT COURT

ANDRE SYLVESTER WATTS,(c) :

      Petitioner, :

v : Civil Action No. 06-0777(RJL)

ALBERTO GONZALES,
UNITED STATES ATTORNEY GENERAL, :

      Respondent. :

### SWORN AFFIDAVIT

I petitioner ANDRE SYLVESTER WATTS(c) hereby swear under the penalty of perjury, 28 U.S.C. § 1746(1) without the United States, that on July 30, 2007 while proceeding in the mess hall to obtain a try for the lunch meal, personel Michael Ryan of USP Lee discussed details of my institutional files openly in the presence of other inmates and admonish petitioner in threatening demeanor not to file grievances against Case Manager Mrs. Hall. Michael Ryan is neither the Supervisor for Mrs. Hall or Building 3 at USP Lee complex. Instead, Michael Ryan is the Supervisor for Building 1 of the USP Lee complex. It is obvious that Michael Ryan and Mrs. Hall are having a intimate or unusual personal relationship and Mrs. Hall intention were to elicit Michael Ryan to use him to perpetrate some type threatening tactic to deter petitioner from

pursuing his grievances against Mrs. Hall for dereliction that's motivated by her pledge of the complicity within USP Lee to undermine petitioner release on parole, that qualifies petitioner for halfway house placement of 6 months prior to receiving his parole certificate scheduled for December of 2007. See attached.

The petitioner submits this sworn affidavit is used to amplify the need for the court to issue the writ of mandamus to compel the respondent to discpline his subordinates at USP Lee for committing continuing forms of racism, retaliations and among other characters of professional misconducts forbidden by the respondent Program Statement: 3420.09, Attachment A. Such discpline actions should be demotions, suspensions, removals and some official terminations of employment. That should be a mechanism to deter the continuing of such cancerous and intolerable conducts perpetrated by USP Lee subordinates for at least three (3) years without discpline or even the least threat of repercussion by the wardens, Mid-Atlantic Regional Director or Head Director of the Bureau of Prisons.

Date: August 2, 2007

Without Prejudice
UCC 1 - 207

Andre Sylvester Watts (c)

Andre Sylvester Watts, sui juris.

## CERTIFICATE OF SERVICE

I hereby certify ___2___ day of ___August___ 2007 that was cause by postage prepaid resulted in respondent legal representative Jonathan Brumer, # D.C. Bar 463328, Special Assistant United States Attorney, 555 4th St, N.W., Room E 4815, Washington, D.C., 20530 receiving a true and correct copy to the best of petitioner knowledge a sworn affidavit of the events occuring on July 30, 2007.

Without Prejudice
UCC 1 - 207

*Andre Sylvester Watts* [c]
_____
Andre Sylvester Watt,[c] sui juris.

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Notice of Action

| | |
|---|---|
| Name: WATTS, Andre | Institution: Lee County USP |
| Register Number: 13799-083 | |
| DCDC No: 227-205 | Date: May 23, 2007 |

In the case of the above-named, the following action was ordered:

### Parole on the Record

Parole effective December 3, 2007 after the service of 110 months.

NOTE: Pursuant to 28 C.F.R. §2.82, your parole effective date is contingent upon approval of your release plan by the Commission. Your release plan will be investigated by the D.C. Court Services and Offender Supervision Agency, which will submit a report to the Commission before a parole certificate can be delivered.

In addition, you shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

REASONS:

Your Current Total Guideline Range is 84-100 month(s). See the attached sheet for the components that make up your Current Total Guideline Range. These components are your Base Point Score; Base Point Score Guideline Range; Months Required to Serve to Parole Eligibility Date; Disciplinary Guidelines (if applicable); and Superior Program Achievement Award (if applicable).

You have been in confinement as a result of your current offense behavior for a total of 104 months as of June 3, 2007.

After consideration of all factors and information presented, a decision above the Current Total Guideline Range is warranted because the following circumstances are present: You were in custody 104 months at the time of your hearing and additional time is necessary for release planning purposes.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:     CSS Data Management Group
        D.C. Court Services & Offender Supervision Agency
        300 Indiana Avenue, N.W., Suite 2070
        Washington, D.C. 20001

---

WATTS 13799-083                          -1-                        Clerk: MDD
Queued: 05-23-2007 14:33:27 BOP-Lee County USP |

## DISCIPLINARY GUIDELINES

You have 2 non-drug related infraction(s) [0-2 months each], which requires 0-4 months to be added to your base point score guideline range.

## SUPERIOR PROGRAM ACHIEVEMENT AWARD

Not Applicable

## CURRENT TOTAL GUIDELINE RANGE

|  |  |
|---|---|
| **6** --- | Base Point Score |
| 36—48 | Base Point Score Guideline Range |
| 48—48 | Months Required to Serve to Parole Eligibility Date |
| 0—0 | Disciplinary Guideline Range (before last hearing) |
| less 0—0 | Superior Program Achievement Award (before last hearing) |
| 84—96 | Previous Guideline Range Conversion |
| 0—4 | Disciplinary Guideline Range |
| less 0—0 | Superior Program Achievement Award (if applicable) |
| 84-100 | Current Total Guideline Range |

| Base Point Score Guideline Range ||
|---|---|
| Score | Guideline Range |
| 3 or less | 0 months |
| 4 | 12-18 months |
| 5 | 18-24 months |
| 6 | 36-48 months |
| 7 | 54-72 months |
| 8 | 72-96 months |
| 9 | 110-140 months |
| 10 | 156-172 months |