UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE SYLVESTER WATTS,          )<br>                                                      )<br>           Plaintiff,                         )<br>                                                      )<br>      v.                                         )<br>                                                      )<br> ALBERTO GONZALES,                )<br> UNITED STATES ATTORNEY GENERAL,  )<br>                                                      )<br>           Defendant.                       )<br> _____) | Civil Action No. 06-0777 (RJL) |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant, Alberto Gonzales, United States Attorney General, by and through undersigned counsel, respectfully moves for an enlargement of time within which to file any Reply that he may deem warranted to Plaintiff's Opposition to Defendant's Motion to Dismiss. The undersigned counsel did not attempt to contact *pro se* Plaintiff for his consent, because Plaintiff is incarcerated, rendering such a step impracticable.

Defendant requests that his deadline for filing any Reply in response to Plaintiff's Opposition and in support of Defendant's Motion to Dismiss, that he may deem necessary and appropriate, be extended by thirty days, from August 13, 2007 to September 12, 2007. This is Defendant's first request for an enlargement of time of his Reply deadline in this case.

In support of Defendant's Motion, Defendant respectfully states as follows:

1. On April 27, 2006, Plaintiff filed a Petition for a Writ of Mandamus. See Docket Entry No. 1. On August 21, 2006, Plaintiff filed a Motion to Amend his Petition for a Writ of Mandamus. See Docket Entry No. 8. On October 20, 2006, this Court granted Plaintiff's Motion to Amend his Petition for a Writ of Mandamus. See Docket Entry No. 9.

2. In May 2007, this Court issued orders to Show Cause why a Writ of Mandamus should

not issue.  See Docket Entry Nos. 12 and 13.  Defendant requested and was granted a thirty day Motion for Enlargement of Time on his deadline for responding to this order, and then a second four day motion for enlargement of time on this deadline.  See Docket Entry Nos. 15, 17; Minute Orders dated May 29, 2007 and June 27, 2007.

    3. On June 29, 2007, Defendant filed a lengthy brief in Response to this Court's Order to Show Cause why a Writ of Mandamus Should Not Issue and in support of his Motion to Dismiss this action.  See Docket Entry Nos. 18 and 19.

    4. On July 31, 2007, Plaintiff filed an Opposition to Defendant's Motion to Dismiss.  See Docket Entry No. 22.  The undersigned counsel received an e-mail notification from the Electronic Case Filing system of this filing on August 1, 2007.  On August 6, 2007, Plaintiff also filed a Notice of Affidavit with this Court.  See Docket Entry No. 23.

    5. Counsel for Defendant anticipates that he may wish to file a Reply brief in response to Plaintiff's Opposition and affidavit, and in support of Defendant's Motion to Dismiss.  His current deadline for filing such a Reply is August 13, 2007.  See LCvR 7(d); Fed. R. Civ. P. 6(a), 6(e).  However, the undersigned counsel will not be able to complete an adequate Reply by August 13, 2007, or even determine whether the filing of a Reply brief is warranted by that date.

    6. Since August 1, 2007, when the undersigned was notified of the filing of Plaintiff's Opposition, the agency counsel assigned to this case has been investigating some of the factual assertions made in Plaintiff's recently filed Opposition and Affidavit.  The agency counsel has not yet completed his inquiry however, and will need some additional time to do so.

    7. The agency counsel assigned to this matter will be out of the office on scheduled leave this week (the week of August 13th).  He will however be returning to work next week, and intends to promptly resume his fact-finding efforts upon his return to the office.

8. For his part, the undersigned counsel will need additional time to review and analyze the materials and information agency counsel is able to gather in the coming weeks, before he can prepare an adequate Reply brief.

9. Within the next four weeks, the undersigned counsel for the Defendant also will have several imminent briefing deadlines in his other cases, including: (1) an Answer or other Response to the Complaint in <u>Johnson v. DEA, Fenty, *et. al.*</u>, Civil Action No. 07-935 (D.D.C.); (2) an Answer or other Response to the Complaint in <u>Grossman v. Guitierrez</u>, 07-353 (D.D.C.); (3) a Reply brief in <u>Murthy v. Johanns</u>, Civil Action No. 06-2208 (D.D.C.); (4) an Answer or other Response to the Complaint in <u>White v. Federal Bureau of Investigation, *et. al.*</u>, Civil Action No. 07-838 (D.D.C.); (5) an Answer or other Response to the Complaint in <u>Federal Cure v. Lappin</u>, Civil Action No. 07-843 (D.D.C.); (6) an Answer or other Response to the Complaint in <u>West v. Jackson</u>, Civil Action No. 07-727 (D.D.C.); and (7) potentially a Reply brief in <u>Dews-Miller v. Rice</u>, Civil Action No. 06-1764 (D.D.C.). He will also need to respond to a set of interrogatories and a set of request for production in <u>Von Muhlenbrock v. Billington</u>, Civil Action No. 05-1921 (D.D.C.) during this period.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate any Reply brief he may decide to file will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that his time for filing a Reply brief in support of his Motion to Dismiss and in response to Plaintiff's Opposition be extended to September 12, 2007.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 13th of August, 2007, the foregoing Motion for Enlargement of Time was served on Plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

Andre Sylvester Watts
R13799-083
Lee County United States
 Penitentiary
P. O. Box 305
Jonesville, VA 24263-0305

        s/Jonathan C. Brumer
        JONATHAN C. BRUMER, D.C. BAR # 463328
        Special Assistant United States Attorney
        555 4th Street, N.W., Room E4815
        Washington, D.C. 20530
        (202) 514-7431
        (202) 514-8780 (facsimile)