**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


ANDRE SYLVESTER WATTS,        )
                                       )
           Plaintiff,         )
                                       )
        v.                   )       Civil Action No. 06-0777 (RJL)
                                     )
ALBERTO GONZALES,           )
UNITED STATES ATTORNEY GENERAL,   )
                                       )
           Defendant.      )
_____)

## ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time of his

deadline for filing a Reply brief in response to Plaintiff's Opposition and in support of his

Motion to Dismiss, and the record herein, and it appearing that good cause exists for the

requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant's deadline for filing a Reply brief in response to Plaintiff's

Opposition and in support of his Motion to Dismiss be extended to September 12, 2007.


_____
RICHARD J. LEON
United States District Court Judge

Copies of this order to:

Andre Sylvester Watts
R13799-083
Lee County United States
Penitentiary
P. O. Box 305
Jonesville, VA 24263-0305

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530