UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Andre Sylvester Watts,          :

    Plaintiff,              :

v                                :

                             : Civil Action No. 06-0777(RJL)

Alberto Gonzales,
United States Of Attorney General, :

    Defendant.              :


## MOTION FOR ENLARGEMENT OF TIME

   Comes Now Andre Sylvester Watts, sui juris, hereby move the court for enlargement of time to file a response to the defendant reply to the plaintiff opposition to defendant response against plaintiff request for issuance of a writ of mandamus.
   The court has jurisdiction pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.
   The plaintiff avers that at least sixty (60) days is necessary for his to file a response to the defendant reply hereof. The plaintiff is not a lawyer so research is necessary to effectively file an response.

Date: 9-20-07

Respectfully Submitted

*Andre Sylvester Watts* ©

UCC 1-207
Without Prejudice

<u>CERIFICATE OF SERVICE</u>

I hereby certify this 20th day of September, and caused by postage prepaid mail served the defendant representative: Jonathan C. Brumer, Special Assistant United States Attorney, 555 4th Street, NW, Washington D.C. 20530 a true and copy of an Enlargment of Time motion.

*[signature]*
Without Prejudice
1 - 207