## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE SYLVESTER WATTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-0777 (RJL) |
| | ) |
| ALBERTO GONZALES, | ) |
| UNITED STATES ATTORNEY GENERAL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

UPON CONSIDERATION of Defendant's Motion to Stay All Filings until after a Decision Has Been Rendered on the Pending Dispositive Motion, and to Deny Plaintiff Leave to File a Surreply, Plaintiff's response thereto, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that *Defendant's Motion to Stay All Filings until after a Decision Has Been Rendered on the pending Dispositive Motion, and to Deny Plaintiff Leave to File a Surreply* is GRANTED,

FURTHER ORDERED that all filings are to be stayed until such time that the Court as rendered its decision on the pending dispositive motion, and it is

FURTHER ORDERED that Plaintiff is denied leave to file a Surreply in this case.

_____
RICHARD J. LEON
United States District Court Judge

Copies of this order to:

Andre Sylvester Watts
R13799-083
Lee County United States
Penitentiary
P. O. Box 305
Jonesville, VA 24263-0305

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530