UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ANDRE SYLVESTER WATTS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-0777 (RJL) |
| ) | |
| ALBERTO GONZALES, ) | |
| ) | |
| Respondent. ) | |

## ORDER

It is hereby

ORDERED that petitioner's "Motion for Permission to File a Supplemental Pleading Pursuant to Rule 15(d) of the Federal Rules of Civil Proc[edure]" [Dkt. #25] is DENIED. It is further

ORDERED that "Defendant's Motion to Stay All Filings Until After a Decision Has Been Rendered on the Pending Dispositive Motion, and to Deny Plaintiff Leave to File a Surreply" [Dkt. #28] is GRANTED.  <u>Absent emergency circumstances, no party shall file any additional papers until such time that the Court renders its decision on respondents' pending motion to dismiss.</u>  It is further

ORDERED that petitioner's "Motion for Enlargement of Time" to file a Surreply [Dkt. #27] is DENIED.

SO ORDERED.

Date: 10/10/07

RICHARD J. LEON
United States District Judge