UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANDRE SYLVESTER WATTS,         )
                               )
        Petitioner,            )
                               )
v.                             )    Civil Action No. 06-0777 (RJL)
                               )
ALBERTO GONZALES,              )
                               )
        Respondent.            )

## ORDER

The Clerk of Court received petitioner's petition for a writ of mandamus and application to proceed *in forma pauperis* on April 10, 2006.[1] By Order entered on May 31, 2007, the Court granted the application. A prisoner's "privilege to proceed [*in forma pauperis*] should be reevaluated if and when information comes to light that calls into question whether he was initially eligible for that privilege." *Davis v. Thomas County Sheriff's Dep't*, 2006 WL 2567883, *2 (M.D. Ga. Sept. 5, 2006).

The Court since has learned that the petitioner accumulated more than "three strikes" under the Prison Litigation Reform Act, *see* 28 U.S.C. § 1915(g). For this reason, the Court recently has revoked his *in forma pauperis* status and already has dismissed one other civil action filed by petitioner for his failure to pay the filing fee in full. *See Watts v. United States*, No. 06-1531 (RJL), 2007 WL 2827917 at *2 (D.D.C. Sept. 26, 2007) (revoking plaintiff's *in forma*

---

[1] Petitioner's papers bear two date stamps. It appears that the Clerk of Court first received petitioner's papers on March 22, 2006 and returned them for reasons that are not clear from the docket.

1



*pauperis* status and ordering plaintiff to pay the filing fee in full); *Watts v. Fed. Bureau of Prisons*, Civ. No. 06-1955 (RJL) (D.D.C. July 2, 2007) (order dismissing case for plaintiff's failure to pay filing fee after revocation of *in forma pauperis* status under § 1915(g)). Petitioner does not show that he is in imminent danger of serious physical injury and does not otherwise qualify for *in forma pauperis* status.

The Court concludes that petitioner no longer is eligible to proceed *in forma pauperis* in this action. He will be given an opportunity to pay the filing fee in full, and his failure to do so within the time limit set forth below will result in the dismissal of this action without prejudice.

Accordingly, it is hereby

ORDERED that the Court's May 31, 2007 Order [Dkt. #6] granting plaintiff's motion to proceed *in forma pauperis* is VACATED. Plaintiff's *in forma pauperis* status is REVOKED. Plaintiff is barred from proceeding *in forma pauperis* in this and in any future civil action unless he demonstrates that he is under imminent danger of serious physical injury. It is further

ORDERED that, within 30 days from the date of entry of this Order, plaintiff shall pay in full to the Clerk of Court a $350 filing fee. If plaintiff fails to make such payment timely, the Court will dismiss this civil action without prejudice to refiling upon payment in full of the filing fee.

/s/ Richard J. Leon
RICHARD J. LEON
United States District Judge

Date: 12/7/07