UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ANDRE SYLVESTER WATTS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-0777 (RJL) |
| ) | |
| ALBERTO GONZALES, ) | |
| ) | |
| Respondent. ) | |

## ORDER

It is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to pay in full the $350 filing fee within the time period set forth in the Court's Order entered on December 13, 2007.

_____
RICHARD J. LEON
United States District Judge

Date: